OPINION — AG — NOTICE TO THE HUMAN RIGHTS COMMISSION PURSUANT TO SECTION 204(C) OF THE CIVIL RIGHTS ACT (P.L.88-352) IS NOT A NECESSARY PREREQUISITE TO INSTITUTION OF A CIVIL ACTION PURSUANT TO SECTION 204(C) THEREOF. NO OPINION IS EXPRESSED WHETHER SUCH NOTICE IS REQUIRED BY LAW TO BE GIVEN TO ANY OTHER PUBLIC OFFICIAL, DEPARTMENT OR AGENCY IN SUCH CASE. CITE: 74 O.S. 1963 Supp., 951-954 [74-951] — [74-954] (CHARLES NESBITT)